# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )  | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Cause No. 4:19CR00645-1JAR** |
| **v.** ) | |
| ) | |
| **GARY TRAUB,** ) | |
| ) | |
| **Defendant.** ) | |

## OBJECTION TO THE PRESENTENCE REPORT

Comes now, the defendant, and objects to the Presentence Report as follows:

1. Defendant objects to the Special Condition: 1.) You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

2. The Defendant would request the last line of this condition be deleted as sharing information with the Government is not necessary to supervision and would be an unreasonable requirement.

WHEREFORE, the Defendant objects to the Special Conditions laid out in the Presentence Report.

        Respectfully submitted,

        FRANK, JUENGEL & RADEFELD,
        ATTORNEYS AT LAW, P.C.

By */s/ Daniel A. Juengel*
    DANIEL A. JUENGEL (#42784MO)
    Attorneys for Defendant
    7710 Carondelet Avenue, Suite 350
    Clayton, Missouri 63105
    (314) 725-7777

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Gwendolyn E. Carroll
Asst. United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri, 63102

        */s/ Daniel A. Juengel*
        DANIEL A. JUENGEL