| PROB 22<br>(Rev. 04/17) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>4:19CR00645-1 JAR |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Gary Traub<br>213 Bronx Avenue<br>Pittsburgh, Pennsylvania 15229 | DISTRICT<br><br>Eastern District of Missouri | DIVISION<br><br>Eastern Division<br>St. Louis, MO |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable John A. Ross<br>United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>October 30, 2020 — TO October 29, 2023 |

OFFENSE
Identity Theft

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

   _November 30, 2020_                        _/s/ John A. Ross_____
      *Date*                                              *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

   _12/1/2020_____              __s/ Mark R. Hornak_____
    *Effective Date*                                        *United States District Judge*