**Beginning February 1, 2017, under Local Rule 13.05, it is the procedure of this Court to order the U.S. Attorney's Office to file a sealed statement in <u>all</u> criminal cases in which a defendant enters a guilty plea that will either explain the terms of a defendant's cooperation *or* state that a defendant did not cooperate with the government. <u>The public will not be able to determine whether a defendant did or did not cooperate with the government by reading these docket entries.</u>**

CLOSED

# U.S. District Court
## Eastern District of Missouri (St. Louis)
## CRIMINAL DOCKET FOR CASE #: 4:19–cr–00645–JAR–1

Case title: USA v. Traub

Date Filed: 08/15/2019
Date Terminated: 11/21/2019

Assigned to: District Judge John A. Ross

### Defendant (1)

**Gary Traub**
TERMINATED: 11/21/2019
also known as
Gary Messina
TERMINATED: 11/21/2019

represented by **Daniel A. Juengel**
FRANK AND JUENGEL
7710 Carondelet Ave.
Suite 350
St. Louis, MO 63105
314–725–7777
Fax: 314–721–4377
Email: djuengel@fjrdefense.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained
Bar Status: Active

### Pending Counts

IDENTITY THEFT
(1)

### Disposition

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 10 months as to count 1. Upon release from imprisonment, the defendant shall be on supervised release for a term of: three (3) years. A Fine of $2,000.00 is imposed. A Special Assessment of $100.00 is due immediately.

### Highest Offense Level (Opening)

Felony

GREGORY J. LINHARES, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____

1

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                           **Disposition**

None

---

**Plaintiff**

**USA**                                  represented by  **Gwendolyn Eleanor Carroll**
                                                         UNITED STATES ATTORNEYS
                                                         OFFICE – St. Louis
                                                         111 S. Tenth Street
                                                         20th Floor
                                                         St. Louis, MO 63102
                                                         314–539–2200
                                                         Fax: 314–539–2188
                                                         Email: gwendolyn.e.carroll@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Assistant US Attorney*
                                                         *Bar Status: Gov*

Email All Attorneys
(will not send to terminated parties)

Email All Attorneys and Additional Recipients
(will not send to terminated parties)

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/15/2019 | 1 | | INFORMATION as to Gary Traub (1) count(s) 1. (Attachments: # 1 Criminal Cover Sheet) (DJO) (Entered: 08/15/2019) |
| 08/15/2019 | 2 | | ENTRY OF ATTORNEY APPEARANCE Gwendolyn Eleanor Carroll appearing for USA. (DJO) (Entered: 08/15/2019) |
| 08/15/2019 | 3 | | WAIVER OF INDICTMENT by Gary Traub (DJO) (Entered: 08/15/2019) |
| 08/15/2019 | | | Warrant Issued as to Information in case as to Gary Traub. (DJO) (Entered: 08/15/2019) |
| 08/15/2019 | | | Arrest of defendant Gary Traub date of arrest: 8/15/2019 (CLO) (Entered: 08/15/2019) |
| 08/15/2019 | 4 | | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge John A. Ross: Arraignment and Plea: Parties present for arraignment and plea on 8/15/2019. Age of Defendant: 1958; Level of |

| | | | |
|---|---|---|---|
| | | | Education: College Degree. The defendant waives arraignment and filing of pretrial motions. The Court finds the defendant competent to enter a plea of guilty. Defendant waives reading of indictment and enters plea of guilty as to 1 of Criminal Information. The Court adopts and approves Guilty Plea Agreement. Defendant to appear before Magistrate Judge Patricia L Cohen for an Initial Appearance and to execute bond paperwork at 1:30 pm. Objections to Presentence Report due by 11/7/2019. Sentencing set for 11/21/2019 01:30 PM in Courtroom 12N before District Judge John A. Ross. (Court Reporter:Lisa Paczkowski, Lisa_Paczkowski@moed.uscourts.gov, 314–244–7985) (proceedings started: 10:05 am) (proceedings ended: 10:45 am)(Deputy Clerk: Chelsea Olliges) (Defendant Location: BOND)(Attorney Appearance for USA: Gwendolyn Eleanor Carroll.)(Attorney Appearance for Defense: Dan Juengel.) (CLO) (Entered: 08/15/2019) |
| 08/15/2019 | 5 | | GUILTY PLEA AGREEMENT by USA, Gary Traub as to Gary Traub (KKS) (Entered: 08/15/2019) |
| 08/15/2019 | 6 | | GUILTY PLEA AGREEMENT SUPPLEMENT as to Gary Traub (KKS) (Entered: 08/15/2019) |
| 08/15/2019 | 7 | | ORDER as to Gary Traub : IT IS HEREBY ORDERED that the sentencing as to Defendant Gary Traub is set for Thursday, November 21, 2019 at 1:30 p.m. IT IS FURTHER ORDERED that the deadline for filing objections, if any, to the Presentence Report is November 7, 2019. (SEE ORDER FOR DETAILS) Signed by District Judge John A. Ross on 8/15/2019. (CLO) (Entered: 08/15/2019) |
| 08/15/2019 | 8 | | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before Magistrate Judge Patricia L. Cohen: Initial Appearance/Rule 5 as to Gary Traub held on 8/15/2019. Defendant sworn. Defendant advised of rights and indicated an understanding of those rights. Defendant given copy of: Information. Defendant to retain: Daniel Juengel. Bond Execution Hearing as to Gary Traub held on 8/15/2019. Bond set in the amount of: personal recognizance. Bond papers executed. (proceedings started: 1:38) (proceedings ended: 1:59)(FTR Gold Operator initials: M. Berg) (Defendant Location: released on bond)(Attorney Appearance for Defense: Daniel Juengel.) (MCB) (Entered: 08/15/2019) |
| 08/15/2019 | 9 | | Rule 5 papers prepared by the judge as to Gary Traub. (KKS) (Entered: 08/15/2019) |
| 08/15/2019 | 10 | | O.R. Bond Entered as to defendant Gary Traub Signed by Magistrate Judge Patricia L. Cohen on 8/15/19. (KKS) (Entered: 08/15/2019) |
| 08/15/2019 | 11 | | ORDER Setting Conditions of Release by Defendant Gary Traub. Signed by Magistrate Judge Patricia L. Cohen on 8/15/19. (KKS) (Entered: 08/15/2019) |
| 08/16/2019 | 12 | | Warrant Returned Executed as to Information on 8/15/2019 in case as to Gary Traub (CLO) (Entered: 08/16/2019) |
| 08/19/2019 | 13 | | ENTRY OF ATTORNEY APPEARANCE: by Daniel A. Juengel on behalf of Gary Traub (Juengel, Daniel) (Entered: 08/19/2019) |
| 08/23/2019 | 14 | | PASSPORT NOTICE as to Gary Traub has been filed. Notice of Court Order: Order File Date: 08/15/2019. The above−named defendant is not permitted to |

| | | | |
|---|---|---|---|
| | | | apply for the issuance of a passport during the pendency of this action. (Attachments: # 1 Attachment Statement Regarding Passport)(CZH) (Entered: 08/23/2019) |
| 11/07/2019 | 17 | | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Gary Traub (Juengel, Daniel) (Entered: 11/07/2019) |
| 11/14/2019 | 18 | | SENTENCING DOCUMENT by USA, Gary Traub as to Gary Traub (Carroll, Gwendolyn) (Entered: 11/14/2019) |
| 11/14/2019 | 19 | | RESPONSE TO OBJECTION TO PRESENTENCE INVESTIGATION REPORT by USA as to Gary Traub (Carroll, Gwendolyn) (Entered: 11/14/2019) |
| 11/14/2019 | 20 | | FINAL PRESENTENCE INVESTIGATION REPORT (including addendum) as to Gary Traub (Attachments: # 1 Letter)(AAS) (Entered: 11/14/2019) |
| 11/21/2019 | 23 | | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge John A. Ross: Sentencing as to Gary Traub held on 11/21/2019. Objections to presentence report filed by defendant. The Defendant withdraws their objection to the PSR. Presentence report adopted/accepted by Court as findings of fact. Sentence imposed. See judgment. Certificate of Compliance with Local Rule 12.07(A) provided to defendants attorney. (Court Reporter:Lisa Paczkowski, Lisa_Paczkowski@moed.uscourts.gov, 314–244–7985) (proceedings started: 1:33 pm) (proceedings ended: 2:25 pm)(Deputy Clerk: Chelsea Olliges) (Defendant Location: BOND–VOLUNTARY SURRENDER)(Attorney Appearance for USA: Gwendolyn Eleanor Carroll.)(Attorney Appearance for Defense: Daniel Juengel.) (CLO) (Entered: 11/21/2019) |
| 11/21/2019 | 24 | | JUDGMENT as to Gary Traub (1), Count(s) 1, The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 10 months as to count 1. Upon release from imprisonment, the defendant shall be on supervised release for a term of: three (3) years. A Fine of $2,000.00 is imposed. A Special Assessment of $100.00 is due immediately. Signed by District Judge John A. Ross on 11/21/2019. (CLO) (Entered: 11/21/2019) |
| 11/21/2019 | 25 | | STATEMENT OF REASONS for Sentence as to defendant Gary Traub Signed by District Judge John A. Ross on 11/21/2019. (CLO) (Entered: 11/21/2019) |
| 12/04/2019 | 26 | | BOP Designation as to Gary Traub. Defendant designated to FCI Morgantown. (CLO) (Entered: 12/04/2019) |
| 12/05/2019 | 27 | | NOTICE by Gary Traub of Certification of Compliance with Local Rule 12.07. (Juengel, Daniel) (Entered: 12/05/2019) |
| 12/27/2019 | | | Receipt CTC 4644084684 in the amount of $100.00 for SPECIAL PENALTY ASSESSMENT on behalf of GARY TRAUB (CCAM) (Entered: 12/31/2019) |
| 01/09/2020 | | | Receipt CTC 4644084984 in the amount of $2000.00 for FINE–CRIME VICTIMS FUND on behalf of GARY TRAUB (CCAM) (Entered: 01/12/2020) |
| 12/01/2020 | 29 | | Supervised Release Jurisdiction Transferred to Western District of Pennsylvania as to Gary Traub (CLO) (Entered: 12/01/2020) |

FILED
AUG 15 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:19CR00645 JAR |
| GARY TRAUB, a.k.a. GARY MESSINA, | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges that:

### COUNT 1
### [Identity Theft]

From in or about February of 2014 through in or about September of 2014, in the Eastern District of Missouri, the defendant,

**GARY TRAUB a.k.a. GARY MESSINA,**

did knowingly use, in or affecting interstate or foreign commerce, without lawful authority, a means of identification of another person, to wit, a name, "CGS," knowing that the means of identification belonged to another actual person, with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Federal law, to wit, wire fraud in violation of 18 U.S.C. § 1343, in that the defendant falsely posed as "CGS," an individual who was entitled to receive proceeds from a civil settlement from a financial institution.

All in violation of Title 18, United States Code, Section 1028(a)(7) and (b)(2).

Dated: 7/24/19

JEFFREY B. JENSEN
United States Attorney

*/s/ G. Carroll*

Assistant United States Attorney
Gwendolyn Carroll

UNITED STATES OF AMERICA       )
EASTERN DIVISION               )
EASTERN DISTRICT OF MISSOURI   )

I, Gwendolyn Carroll, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
Gwendolyn E. Carroll NY4657003

Subscribed and sworn to before me this _24____ day of July, 2019.

_____
CLERK, U.S. DISTRICT COURT

By: _____
    DEPUTY CLERK

7

*USDC-EDMO*  *INFORMATION*
**CRIMINAL CASE COVER SHEET**

| | | | |
|---|---|---|---|
| **Division of Filing:** Eastern | **County of Offense:** St. Louis County | **Matter to be Sealed:** No | **Type of Charge:** Felony |

FILED
AUG 15 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**Defendant Information:**
Defendant's Name      Gary Traub
Alias Name               Gary Messina
Birthdate                  2/8/58                                   Not Available
Social Security No.  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                          Not Available

**Related Case Information:**
Superseding Indictment/Information?    __ Yes    _x_ No   *If yes, original case number:* _____
Is this a New Defendant in the Superseding Indictment/Information?   __ Yes    __ No
Prior Complaint? __ Yes   _x_ No         If yes, Complaint No. _____
Complaint: __ Pending   __ Dismissed
Deft. has had an appearance before a Magistrate?   __ Yes   __ No    If yes, Magistrate name: _____
**Victim-Witness Act applies:** _y/n
Name of AUSA:     Gwendolyn Carroll
Agency/Agent:      FBI
Recommended Bond/Detention:    $10k unsecured
**Interpreter Needed:**
___ Yes         Language and/or dialect _____
___ No
___ Not known at this time
**Location Status:**
Arrest Date _____
___ Currently in Federal Custody
___ Currently in State Custody          Writ required       ___ Yes       ___ No
___ Currently on bond set by Court
___ Defendant not in custody

U.S.C. Citations and Total # of Counts against the Defendant:        # of Counts _____

| Ind Key/Code/Off Level | Description of Offense Charged | Count(s) | Penalty Information |
|---|---|---|---|
| 18:1341.F/4/4700/213 | Identity Theft | 1 | I nmt 5 yrs.<br>F nmt $250,000 <u>or both</u><br>Sup. Rel. nmt 3 yrs.<br>$100 Special Assessment/count |

Return Date   8/15/19           Signature of AUSA    Gwendolyn Carroll
                                                                                  Ausa's Name, #

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| UNITED STATES OF AMERICA | § | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| | § | |
| v. | § | |
| | § | Case Number: **4:19-CR-00645-JAR(1)** |
| **GARY TRAUB** | § | USM Number: **49281-044** |
| | § | **Daniel A. Juengel** |
| | § | Defendant's Attorney |

**THE DEFENDANT:**

| ☒ | pleaded guilty to count(s) | 1 of the Information on August 15, 2019. |
|---|---|---|
| ☐ | pleaded guilty to count(s) before a U.S. Magistrate Judge, which was accepted by the court. | |
| ☐ | pleaded nolo contendere to count(s) which was accepted by the court | |
| ☐ | was found guilty on count(s) after a plea of not guilty | |

The defendant is adjudicated guilty of these offenses:

| **Title & Section / Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|
| 18 U.S.C. §§ 1028(a)(7) and 1028(b)(2)  Identity Theft | 09/01/2014 | 1 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)  ☐ is  ☐ are dismissed on the motion of the United States

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**November 21, 2019**
Date of Imposition of Judgment

*/s/ John A. Ross*
Signature of Judge

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**November 21, 2019**
Date

DEFENDANT:        GARY TRAUB
CASE NUMBER:      4:19-CR-00645-JAR(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

10 months as to count 1.

☒ The court makes the following recommendations to the Bureau of Prisons:
  It is recommended the defendant be considered for placement in a BOP facility as close to Pittsburgh, Pennsylvania as possible.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at           ☐ a.m.   ☐ p.m.   on

  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on
  ☒ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

**MARSHALS RETURN MADE ON SEPARATE PAGE**

DEFENDANT: GARY TRAUB
CASE NUMBER: 4:19-CR-00645-JAR(1)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **three (3) years.**

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☒ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (*check if applicable*)
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)
7. ☐ You must participate in an approved program for domestic violence. (*check if applicable*)

You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

DEFENDANT:          GARY TRAUB
CASE NUMBER:        4:19-CR-00645-JAR(1)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (Rev. MOED 9/19) Judgment in a Criminal Case                                                                 Judgment -- Page 5 of 7

DEFENDANT:       GARY TRAUB
CASE NUMBER:     4:19-CR-00645-JAR(1)

## SPECIAL CONDITIONS OF SUPERVISION

While on supervision, the defendant shall comply with the standard conditions that have been adopted by this Court and shall comply with the following additional conditions. If it is determined there are costs associated with any services provided, the defendant shall pay those costs based on a co-payment fee established by the probation office.

You must not be self-employed or be employed as a "consultant" without the written permission of the probation office. You may not work with, for, or in conjunction with any attorney, in particular any attorney involved in this case, without the prior written approval of the probation office.

You shall not use any alias or fictitious names.

You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

You must apply all monies received from any anticipated and/or unexpected financial gains, including any income tax refunds, inheritances, or judgments, to the outstanding Court-ordered financial obligation. You must immediately notify the probation office of the receipt of any indicated monies.

If the judgment imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of the judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

You must not engage in any form of gambling (including, but not limited to, lotteries, on-line wagering, sports betting) and you must not enter any casino or other establishment where gambling is the primary purpose (e.g., horse race tracks, off-track betting establishments).

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation.

AO 245B (Rev. MOED 9/19) Judgment in a Criminal Case                                                                                                                Judgment -- Page 6 of 7

DEFENDANT: GARY TRAUB
CASE NUMBER: 4:19-CR-00645-JAR(1)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments page.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $100.00 | $.00 | $2,000.00 |  |  |

☐ The determination of restitution is deferred until         An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the schedule of payments page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☒ the interest requirement is waived for the    ☒ fine    ☐ restitution

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

IT IS FURTHER ORDERED the defendant shall pay to the United States a fine of $2,000. Payments of the fine are to be made to the Clerk of the Court. The interest requirement for the fine is waived.

All criminal monetary penalties are due in full immediately. The defendant shall pay all criminal monetary penalties through the Clerk of Court. If the defendant cannot pay in full immediately, then the defendant shall make payments in monthly installments of at least $350, or no less than 10% of the defendant's gross earnings, whichever is greater, with payments to commence no later than 30 days from this date. During incarceration, it is recommended that the defendant pay criminal monetary penalties through an installment plan in accordance with the Bureau of Prisons' Inmate Financial Responsibility Program at the rate of 50% of the funds available to the defendant. Until all criminal monetary penalties are paid in full, the defendant shall notify the Court and this district's United States Attorney's Office, Financial Litigation Unit, of any material changes in the defendant's economic circumstances that might affect the defendant's ability to pay criminal monetary penalties. The defendant shall notify this district's United States Attorney's Office, Financial Litigation Unit, of any change of mailing or residence address that occurs while any portion of the criminal monetary penalties remains unpaid.

DEFENDANT: GARY TRAUB
CASE NUMBER: 4:19-CR-00645-JAR(1)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☐ Lump sum payments of $ _____ due immediately, balance due

☐ not later than _____ , or

☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal 20 (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:
**It is ordered that the Defendant shall pay to the United States a special assessment of $100.00 for Count 1, which shall be due immediately. Said special assessment shall be paid to the Clerk, U.S. District Court. See page 6 for instructions regarding payment of fine.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several
See above for Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ Defendant shall receive credit on his restitution obligation for recovery from other defendants who contributed to the same loss that gave rise to defendant's restitution obligation.

☐ The defendant shall pay the cost of prosecution.
☐ The defendant shall pay the following court cost(s):
☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

DEFENDANT: GARY TRAUB
CASE NUMBER: 4:19-CR-00645-JAR(1)
USM Number: **49281-044**

# UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

**I have executed this judgment as follows:**

Date defendant was delivered with certified copy of this judgment:_____

Name and location of facility:_____

☐ Defendant was sentenced to Time Served and was released on:_____

☐ Defendant was sentenced to _____ months/years of Probation and was released on:_____

☐ Defendant was sentenced to _____ months/years of Supervised Release and was released on:_____

_____
NAME OF US MARSHAL/WARDEN

_____
By: NAME OF DEPUTY US MARSHAL/CSO

| | | |
|---|---|---|
| PROB 22 (Rev. 04/17) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 4:19CR00645-1 JAR |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Gary Traub 213 Bronx Avenue Pittsburgh, Pennsylvania 15229 | DISTRICT Eastern District of Missouri | DIVISION Eastern Division St. Louis, MO |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable John A. Ross United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM October 30, 2020 / TO October 29, 2023 |

OFFENSE
Identity Theft

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_November 30, 2020                                   _John A. Ross_____
   Date                                             United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

   12/1/2020                                        s/ Mark R. Hornak_____
   Effective Date                                   United States District Judge